UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

   **PLAINTIFF**

              Case No. 3:13-CR-081

-VS-

JOSEPH RANDALL HEISLE   District Judge Thomas M. Rose

   **Defendant**

___

**ENTRY AND ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION OF RELEASE ON HOME DETENTION (DOC. #24)**
___

  This matter came before the Court pursuant to Defendant's Motion For Reconsideration of Release on Home Detention (Doc. 24).

  Although the Defendant, through counsel, resolved the outstanding warrants that had been issued for him prior to and during his detention, the Court still has serious concerns about Defendant on bond and/or electronic monitoring.

  Defendant has numerous violations of supervision with at least one resulting in revocation. Defendant has also failed to appear on several occasions. Those violations, along with the fact that Defendant was actually on supervision (electronic monitoring) when this offense was committed, would cause the Court to conclude that such supervision, release on home detention, would not assure the Court of his appearance or the public's safety.

  Defendant's Motion is DENIED.

August 28, 2013         s/*Thomas M. Rose*
                _____
                THOMAS M. ROSE, JUDGE
                UNITED STATES DISTRICT COURT